The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SPRY FOX, LLC, a Washington Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> LOLAPPS, INC., a Delaware Corporation; LOLAPPS MERGER SUB, INC., a Delaware Corporation; 6Waves, LLC, a Delaware Limited Liability Company, and DOES 1-10, inclusive, <br><br> Defendants. | No. 12-cv-147RAJ <br><br> **NOTICE OF APPEARANCE** <br> (Bradley S. Keller) |

TO:  Clerk of the Above-Referenced Court;

AND TO:  Plaintiff and its Counsel of Record:

PLEASE TAKE NOTICE that the appearance of the defendants LOLAPPS, INC., LOLAPPS MERGER SUB, INC., and 6Waves, LLC, is hereby entered in the above-entitled action through the below attorney, without waiver of, or prejudice to, all of said defendants' defenses.

You are directed to serve all future pleadings or papers, except original process, upon the following attorneys at the following address:

>  Bradley S. Keller, WSBA #10665
>  Byrnes Keller Cromwell LLP
>  1000 Second Avenue, 38th Floor

NOTICE OF APPEARANCE (12-cv-147RAJ) - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Seattle, WA  98104
Telephone:     (206) 622-2000
Facsimile:      (206) 622-2522
Email: bkeller@byrneskeller.com

DATED this 27th day of February, 2012.

BYRNES KELLER CROMWELL LLP

By /s/ Bradley S. Keller
   Bradley S. Keller, WSBA #10665
1000 Second Avenue, 38th Floor
Seattle, WA 98104
206-622-2000
Fax:  206-622-2522
bkeller@byrneskeller.com
Attorneys for Defendants
LOLAPPS, INC., LOLAPPS MERGER SUB, INC., and 6Waves LLC

NOTICE OF APPEARANCE (12-cv-147RAJ) - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on the 27th day of February, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mark L. Lorbiecki
Lowe Graham Jones
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
lorbicki@LoweGrahamJones.com
Attorneys for Plaintiff

/s/ Bradley S. Keller
Bradley s. Keller, WSBA #10665
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA  98104
Telephone:  (206) 622-2000
Facsimile:  (206) 622-2522
bkeller@byrneskeller.com

NOTICE OF APPEARANCE (12-cv-147RAJ) - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000