1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SPRY FOX, LLC, a Washington Limited Liability Company,<br><br>        Plaintiff,<br><br>   v.<br><br>LOLAPPS, INC, a Delaware Corporation; LOLAPPS MERGER SUB, INC., a Delaware Corporation; 6Waves LLC., a Delaware Limited Liability Company, and DOES 1-10, inclusive,<br><br>        Defendants. | Civil Action No. 12-cv-147<br><br>NOTICE OF SUPPLEMENTAL AUTHORITY RELATIVE TO DEFENDANTS' 12(b)(6) MOTION |

     Plaintiff, Spry Fox, LLC., submits as Exhibit "A" a true and accurate copy of the Opinion in *Tetris Holding et al. v. Xio Interactive, Inc.*, Civil Action No. 09-6115, (N.J. Dist. 2012) as a Supplemental Authority Relative to Defendants' 12(b)(6) Motion. The supplemental authority could not have been brought to the court's attention earlier in the exercise of reasonable diligence, and Plaintiff does not here submit additional argument in conjunction with the supplemental authority.

DATED this 7th day of June, 2012.

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

LOWE GRAHAM JONES<sup>PLLC</sup>

s/Mark L. Lorbecki
Mark L. Lorbecki, WSBA No. 16,796
Richard R. Alaniz, WSBA No. 26,194
alaniz@lowegrahamjones.com
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
T: 206.381.3300
F: 206.381.3301

*Attorneys for Spry Fox, LLC.*

**CERTIFICATE OF SERVICE**

I certify that on June 7, 2012 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will electronically send notification of such filing to:

>Jofrey M. McWilliam, Esquire
>jmcwilliam@byrneskeller.com
>Bradley S. Keller, Esquire
>bkeller@byrneskeller.com
>
>Byrnes Keller Cromwell LLP
>1000 Second Avenue, 38th Floor
>Seattle, WA 98104
>
>Sonali D. Maitra, Esquire
>smaitra@durietangri.com
>Ragesh K. Tangri, Esquire
>rtangri@durietangri.com
>
>Durie Tangri LLP
>217 Leidesdorff Street
>San Francisco, CA 94111

s/ Caitlin Blazier Kavanagh

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301