The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SPRY FOX, LLC, a Washington Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>LOLAPPS, INC, a Delaware Corporation; LOLAPPS MERGER SUB, INC., a Delaware Corporation; 6Waves LLC., a Delaware Limited Liability Company, and DOES 1-10, inclusive,<br><br>Defendants. | Civil Action No. 12-cv-147<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>CLERK ACTION REQUIRED |

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Spry Fox, LLC and Defendants LOLAPPS, INC, LOLAPPS MERGER SUB, INC and 6Waves LLC., hereby stipulate to the dismissal of Plaintiff's claims against Defendants with prejudice and with each party to bear all their own fees and costs. The Parties further stipulate that the Court shall retain jurisdiction over the parties solely to enforce the terms of the settlement agreement.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims asserted by Spry Fox against Defendants herein are hereby dismissed with prejudice. IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Court shall retain jurisdiction

STIPULATION OF DISMISSAL - 1
2:12-cv-00147-RAJ

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

over the subject matter and the party for the purpose of to remedy any breach of the settlement agreement.

DATED this _____ day of _____, 2012.

_____
The Honorable Richard A. Jones

RESPECTFULLY SUBMITTED this 23rd day of October, 2012.

| LOWE GRAHAM JONES PLLC | BYRNES KELLER CROMWELL LLP |
|---|---|
| s/Mark L. Lorbiecki<br>Mark L. Lorbiecki, WSBA No. 16,796<br>lorbiecki@lowegrahamjones.com<br><br>Richard R. Alaniz, WSBA No. 26,194<br>alaniz@lowegrahamjones.com<br><br>701 Fifth Avenue, Suite 4800<br>Seattle, Washington 98104<br>T: 206.381.3300<br>F: 206.381.3301<br><br>*Attorneys for Spry Fox, LLC.* | By /s/ Bradley S. Keller<br>Bradley S. Keller, WSBA #10665<br>Jofrey M. McWilliam, WSBA #28441<br><br>1000 Second Avenue, 38th Floor<br>Seattle, WA 98104<br>T: 206.622.2000<br>F: 206.622.2522<br>bkeller@byrneskeller.com<br>jmcwilliam@byrneskeller.com<br><br>DURIE TANGRI LLP<br><br>Ragesh K. Tangri *(pro hac vice)*<br>rtangri@durietangri.com<br><br>Sonali D. Maitra *(pro hac vice)*<br>smaitra@durietangri.com<br><br>Michael Page *(pro hac vice)*<br>mpage@durietangri.com<br><br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>T: 415.362.6666<br>F: 415.236.6300 |

STIPULATION OF DISMISSAL - 2
2:12-cv-00147-RAJ

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301