HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SPRY FOX, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>LOLAPPS, INC., et al.,<br><br>   Defendants. | CASE NO. C12-147RAJ<br><br>MINUTE ORDER |

  The following minute order is made by the direction of the court, the Honorable Richard A. Jones:

  The court has received the parties' stipulation to voluntarily dismiss this case. Dkt. # 30.  The court directs the clerk to TERMINATE this civil action.

  The parties have reached a settlement, and they have apparently memorialized that settlement in a written agreement.  They have stipulated that the court will retain jurisdiction over this case for the purpose of enforcing that agreement.  Although the court always retains the option of presiding over a dispute regarding the settlement of one of its cases, and might exercise that option in this case should a dispute arise, it will not agree in advance to "retain jurisdiction" over a settlement agreement it has never seen.

  Dated this 29th day of October, 2012.

WILLIAM M. MCCOOL
Clerk

s/Consuelo Ledesma
Deputy Clerk

MINUTE ORDER – 1